**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 21-1350**

---

GEORGE L. FARMER, Esq.,

      Plaintiff - Appellant,

      v.

J. LAURENCE KENT, Esq.; JOHN KIDWELL, Esq.; KIDWELL & KENT, a Maryland Partnership, individually, jointly and severally,

      Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland at Greenbelt. Theodore D. Chuang, District Judge.  (8:20-cv-01806-TDC)

---

Submitted:  August 9, 2022                      Decided:  September 27, 2022

---

Before WYNN and DIAZ, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

George L. Farmer, Appellant Pro Se.   Laura Nachowitz Steel, WILSON ELSER MOSKOWITZ EDELMAN & DECKER LLP, Washington, D.C.; Robert William Burton, Alvin Frederick, ECCLESTON & WOLF, PC, Hanover, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

George L. Farmer appeals the district court's order granting Appellees' motion to dismiss his amended complaint pursuant to Fed. R. Civ. P. 12(b)(6).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Farmer v. Kent*, No. 8:20-cv-01806-TDC (D. Md. Feb. 23, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*